IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ewing, Sherry L | Case Number:  05 B 10154 |
| | Judge:  Squires, John H |
| Printed:  1/8/08 | Filed:  3/21/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 14, 2007
Confirmed: May 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,645.20 | |
| Secured: | | 8,008.34 |
| Unsecured: | | 1,847.86 |
| Priority: | | 0.00 |
| Administrative: | | 2,535.20 |
| Trustee Fee: | | 640.60 |
| Other Funds: | | 1,613.20 |
| Totals: | 14,645.20 | 14,645.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,535.20 | 2,535.20 |
| 2. | Ameriquest Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Greater Chicago Finance | Secured | 7,890.54 | 7,890.54 |
| 4. | Ameriquest Mortgage Company | Secured | 759.90 | 117.80 |
| 5. | RoundUp Funding LLC | Unsecured | 58.48 | 73.29 |
| 6. | RJM Acquisitions LLC | Unsecured | 6.14 | 7.69 |
| 7. | Capital One Auto Finance | Unsecured | 1,125.09 | 1,410.06 |
| 8. | Merrick Bank | Unsecured | 91.05 | 114.10 |
| 9. | Aspire Visa | Unsecured | 68.45 | 85.80 |
| 10. | Cingular Wireless | Unsecured | 65.30 | 81.83 |
| 11. | Allen Parungao | Unsecured | 18.20 | 22.81 |
| 12. | ECast Settlement Corp | Unsecured | 41.71 | 52.28 |
| 13. | Brylane Homes | Unsecured | | No Claim Filed |
| 14. | BYL Agency | Unsecured | | No Claim Filed |
| 15. | Cingular Wireless | Unsecured | | No Claim Filed |
| 16. | Chadwicks Of Boston | Unsecured | | No Claim Filed |
| 17. | ATG Credit LLC | Unsecured | | No Claim Filed |
| 18. | Charter One Bank | Unsecured | | No Claim Filed |
| 19. | CCS | Unsecured | | No Claim Filed |
| 20. | Fitness Quest | Unsecured | | No Claim Filed |
| 21. | Multi Specialty Medical Center | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | American Family Insurance | Unsecured | | No Claim Filed |
| 24. | Pay Day Loans | Unsecured | | No Claim Filed |
| 25. | Allen Parungao | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ewing, Sherry L | | Case Number: 05 B 10154 |
|---|---|---|---|
| | | | Judge: Squires, John H |
| | Printed: 1/8/08 | | Filed: 3/21/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Rodale Book | Unsecured | | No Claim Filed |
| 27. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 28. | Soulmates | Unsecured | | No Claim Filed |
| 29. | TRS Services | Unsecured | | No Claim Filed |
| 30. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 12,660.06 | $ 12,391.40 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 28.96 |
| 3% | 31.56 |
| 5.5% | 180.95 |
| 5% | 225.56 |
| 4.8% | 103.73 |
| 5.4% | 69.84 |
| | _____ |
| | $ 640.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

